IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


REBECCA J. McKELVEY,                    )

                    Plaintiff            )

            v.                           )            No. 3:05-cv-174

JO ANNE B. BARNHART,                     )
Commissioner of
Social Security,                         )

                    Defendant            )


## MEMORANDUM AND ORDER


            This matter was referred to a United States magistrate judge pursuant

to 28 U.S.C. § 636(b) and Rule 72(b), Federal Rules of Civil Procedure, for a report

and recommendation regarding disposition of plaintiff's motion for judgment on the

pleadings [Court File #17] and defendant's motion for summary judgment [Court File

#24].  In a report and recommendation dated February 24, 2006, the United States

magistrate judge recommended that plaintiff's motion be denied and defendant's

motion be granted.  Plaintiff has failed to file a timely objection to the report and

recommendation.

Upon a *de novo* review of the record in this case and the magistrate judge's report and recommendation, I am in agreement with the United States magistrate judge. Specifically, there is substantial evidence in the record to support the conclusion of the administrative law judge that the plaintiff has the residual functional capacity to perform her past relevant work and is accordingly not suffering from a "disability" within the meaning of the Social Security Act.

Accordingly, the report and recommendation of the United States magistrate judge [Court File #26] is hereby ACCEPTED IN WHOLE. Plaintiff's motion for judgment on the pleadings [Court File #17] is DENIED; defendant's motion for summary judgment [Court File #24] is GRANTED; and the final decision of the defendant Secretary is AFFIRMED.

**E N T E R :**

_____*s/ James H. Jarvis*_____
UNITED STATES DISTRICT JUDGE

2